

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00027-CV

---

ERIC J. COOK AND ALL OTHER OCCUPANTS, Appellants

V.

CANDLETREE APARTMENTS, Appellee

---

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-001079-1

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Eric J. Cook filed a timely notice of appeal on March 15, 2024.[1] The clerk's record was filed on May 15, 2024. Cook's appellate brief was due on July 22, 2024. When neither a brief nor a motion to extend time for filing same was received by August 6, 2024, this Court advised Cook by letter that his brief was late. We also warned Cook that the failure to file a brief by August 21, 2024, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Cook did not respond to our communication and did not file an appellate brief. Consequently, Cook's appeal is ripe for dismissal for want of prosecution. Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted:     September 17, 2024
Date Decided:       September 18, 2024

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).